UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| In The Matter Of: | In Bankruptcy: |
|---|---|
| JUDITH A BOURA | Case No. 08-57451-MBM |
| | Chapter 7 |
| | Hon. MARCI B. McIVOR |
| Debtor(s) / | |

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

The attached check in the amount of $12.97 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Chase Bank USA, NA<br>PO Box 740933<br>Dallas, TX 75374 | 2 | $2.21 |
| Capital Recovery II<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | 4 | $3.71 |
| FIA Card Services<br>By American InfoSource LP<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | 6 | $3.45 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 7 | $3.60 |

**Total: $12.97**

Respectfully Submitted,

Dated: 09/02/2009

/s/ Gene R. Kohut
21 Kercheval Avenue, Suite 285
Grosse Pointe Farms, MI 48236
Phone: (313) 886-9765
E-mail: ecftrustee@gktrustee.com
[P47413]